IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DOMINIQUE T. VAUGHAN,

    Plaintiff,

v.                                                                                 Civil Action No. **3:15CV485**

CHESAPEAKE CITY JAIL, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on September 22, 2015, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was released or relocated. On June 6, 2016, the United States Postal Service returned a May 26, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                                                    /s/
                                                                           M. Hannah Lauck
                                                                          United States District Judge

Date: JUN 1 4 2016
Richmond, Virginia